# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### CIVIL ACTION NO. 5:15-CV-095-RLV-DCK

| | |
|---|---|
| MARILYN LUSK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ONEMAIN FINANCIAL, INC., and )<br>CITIFINANCIAL SERVICING, LLC, )<br>)<br>Defendants. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the status of the case and scheduling concerns.

On September 25, 2015, the undersigned ordered that the parties "shall file a Status Report, jointly if possible, on **December 1, 2015**, and every sixty (60) days thereafter, until this case is dismissed." (Document No. 10). Neither party filed a Status Report as ordered, nor has any other filing been made by the parties since August 2015.

As such, the Court will allow the parties a brief extension of time to file either a joint Status Report, or separate Status Reports. In addition, the parties shall explain why they failed to file a timely Status Report as previously ordered.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Status Report, jointly if possible, on or before **February 5, 2016**, and every sixty (60) days thereafter, until this case is dismissed. Failure to abide by this Court's orders may result in sanctions against the parties and/or their counsel.

**SO ORDERED**.

Signed: January 28, 2016

David C. Keesler
United States Magistrate Judge